# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Beck

Plaintiff

v.

David Crist

Defendants

Case No. Civil 01-1167 DWF/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Magistrate Judge John M. Mason's Report and Recommendation is adopted. Petitioner's application for a writ of habeas corpus is summarily dismissed without prejudice. Petitioner's motion for appointment of counsel is denied.

DATE: August 9, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez, Deputy Clerk